AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**08 C 239**

SUMMONS IN A CIVIL CASE

| | | |
|---|---|---|
| SHIRLEY SYPNIEWSKI, on behalf of plaintiff and the class described herein, Plaintiff, | CASE NUMBER: | **JUDGE GETTLEMAN** **MAGISTRATE JUDGE SCHENKIER** |
| V. | ASSIGNED JUDGE: | |
| NCO FINANCIAL SYSTEMS, INC., and LVNV FUNDING LLC, Defendants. | DESIGNATED MAGISTRATE JUDGE: | |

TO: (Name and address of Defendant)

NCO FINANCIAL SYSTEMS, INC.
CT Corporation System
208 S. LaSalle Street
Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado* (signature)

----------------------------------
(By) DEPUTY CLERK

January 10, 2008
----------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 1-14-08 |
| NAME OF SERVER (PRINT) Jonathan Daniel | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: CT Corporation System, c/o Dawn Schulz, 208 S. LaSalle St, Chicago, IL 60604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-14-08
_____
Date

Signature of Server

120 S. LaSalle St, 18th Floor, Chicago, IL 60603
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.