# EXHIBIT A



- Main Page
- Order Processing
- Payment Services
- **Litigation**
- Analytic Services

< Back Office Main Page

# Services

## NCO Back Office Services

### Litigation

NCO offers litigation services through its **Attorney Network Services™**. NCO Attorney Network Services designs and implements cost-effective legal collection solutions for creditors across the country, managing nationwide legal resources complemented by modern facilities, leading-edge technology, and the expertise needed to achieve results.

*Cost-effective legal collection solutions for creditors across the country.*

We meet the needs of creditors large and small, whether their requirements call for the implementation of a pre-litigation collection campaign for selected accounts or for a nationwide bankruptcy recovery program. We improve our clients' bottom line through customization, working closely with them to identify and implement solutions that yield quality results.

NCO Attorney Network Services consist of the following:

- Pre-litigation Collections
- Attorney Network Collections (Litigation)
- Bankruptcy Recovery Programs
- Reaffirmation Invitation Programs
- Non-Dischargeable Debt Programs
- Nationwide Motions Filing
- Nationwide Replevin Filing
- Probate Accounts
- Suit Scoring
- Arbitration Services
- NCOeRecoverEase™

Copyright ©2008 NCO Group, Inc. All rights reserved.

Terms and Conditions. Privacy Policy.