# EXHIBIT B

LVNV FUNDING LLC ASSIGNEE OF HSBC BANK NEVADA
        Plaintiff

vs.

SHIRLEY SYPNIEWSKI
        Defendant

2115041008208193

## AFFIDAVIT

I, _Tracey Eccles_, being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant;

2. That Plaintiff is the purchaser or assignee of the Defendant's account from the original creditor, HSBC Bank Nevada;

3. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

4. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $1,136.84.

5. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

_Tracey Eccles_
Agent

Subscribed and sworn to before me this 10 day of Jan, 2008.

_____
NOTARY PUBLIC

Sondra Rosenfeld
NOTARY PUBLIC
Montgomery County
State of Maryland
My Commission Expires
June 1, 2010

06-30271-0
7400-17
0003243356