# EXHIBIT C

LVNV FUNDING LLC ASSIGNEE OF CITIBANK
                Plaintiff

vs.

JAMES R PRICE
                Defendant

5424181002024862

## AFFIDAVIT

I,  _Tracey Eccles_, being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant;

2. That Plaintiff is the purchaser or assignee of the Defendant's account from the original creditor, Citibank;

3. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

4. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $4,554.73.

5. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me this _10_ day of _Jan_, 200_8_

_____
NOTARY PUBLIC

Sondra Rosenfeld
NOTARY PUBLIC
Montgomery County
State of Maryland
My Commission Expires
June 1, 2010

06-30269-0
7400-17
0003243261



LVNV FUNDING LLC ASSIGNEE OF SEARS
    Plaintiff
vs.
ARTHUR REICHEL
    Defendant
8060523407761

### AFFIDAVIT

I, _Tracey Eccles_, being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant;

2. That Plaintiff is the purchaser or assignee of the Defendant's account from the original creditor, Sears;

3. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

4. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $6,923.87.

5. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

              _Tracey Eccles_
              Agent

Subscribed and sworn to before me
this _10_ day of _Jan_, 200_8_

_____
NOTARY PUBLIC

Sondra Rosenfeld
NOTARY PUBLIC
Montgomery County
State of Maryland
My Commission Expires
June 1, 2010

06-30267-0
7400-17
0003243294

LVNV FUNDING LLC ASSIGNEE OF GE CAPITAL
Plaintiff

vs.

CHRISTINE NERO
Defendant

CG8892484662362

AFFIDAVIT

I, Tracy Eccles, being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant;

2. That Plaintiff is the purchaser or assignee of the Defendant's account from the original creditor, GE Capital;

3. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

4. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $587.42.

5. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

Tracy Eccles
Agent

Subscribed and sworn to before me
this 10 day of Jan, 2008

NOTARY PUBLIC

SONDRA ROSENFELD NOTARY PUBLIC MONTGOMERY COUNTY, MD

Sondra Rosenfeld
NOTARY PUBLIC
Montgomery County
State of Maryland
My Commission Expires
June 1, 2010

06-30268-0
7400-17
0003243200

LVNV FUNDING LLC ASSIGNEE OF SEARS
      Plaintiff

vs.

ROSA RODRIGUEZ
      Defendant

0171314782755

## AFFIDAVIT

I, _Tracy Eccles_, being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant;

2. That Plaintiff is the purchaser or assignee of the Defendant's account from the original creditor, Sears;

3. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

4. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $7,725.55.

5. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

_Tracy Eccles_
Agent

Subscribed and sworn to before me this _10_ day of _Jan_, 200_8_

_____
NOTARY PUBLIC

Sondra Rosenfeld
NOTARY PUBLIC
Montgomery County
State of Maryland
My Commission Expires:
June 1, 2010

06-30270-0
7400-17
0003243278

LVNV FUNDING LLC ASSIGNEE OF SEARS
                Plaintiff
vs.
DIANNAL MILLER
                Defendant
1150073535892

## AFFIDAVIT

I, _Tracey Eagles_, being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant;

2. That Plaintiff is the purchaser or assignee of the Defendant's account from the original creditor, Sears;

3. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

4. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $3,070.53.

5. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me this _10_ day of _Jan_, 2008

_____
NOTARY PUBLIC

Sondra Rosenfeld
NOTARY PUBLIC
Montgomery County
State of Maryland
My Commission Expires
June 1, 2010

06-30265-0
7400-17
0003243142