# EXHIBIT D

Case 1:08-cv-00239  Document 10-5  Filed 01/25/2008  Page 1 of 5

1. ABBASI; ALIA, 07M1 0172897, 8/30/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
LVNV FUNDING     CITIBANK
BLITT & GAINES


2. ABOUI; DALA, 07M1 0116231, 6/28/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
LVNV FUNDING
BLITT & GAINES


3. ADAMS; MERRILYN, 07M1 0195064, 11/6/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
LVNV FUNDING LLC     CITIBANK
BLITT AND GAINES


4. ADDANTE; ANGIE, 07M1 0152323, 12/27/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
LVNV FUNDING     WELLS FARGO
BLITT & GAINES


5. ADRIAN; RONALD, 07M1 0107659, 9/27/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
LVNV FUNDING LLC
BLITT AND GAINES


6. AGUILERA; EVELIA, 07M1 0100317, 2/20/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
LVNV FUNDING LLC
BLITT AND GAINES


7. AGUSTIN;RICHARD, 07SC 0006891, 9/26/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
LVNV FUNDING LLC
BLITT & GAINES


8. AKHTEEBO; WILLIAM, 07M1 0136306, 6/5/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
LVNV FUNDING LLC     BANK ...
BLITT & GAINES


9. ALEXANDER; EARLENE, 07M1 0195043, 11/6/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
LVNV FUNDING     PROVIDIAN FINANCIAL ...

BLITT & GAINES

10. ALEXANDER; LEESA M, 07M1 0195425, 11/13/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
LVNV FUNDING LLC      SEARS
BLITT & GAINES

11. ALEXANDER; VIVIENNE H, 07M1 0139102, 10/2/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
LVNV FUNDING      SEARS
BLITT & GAINES

12. ALVAREZ;LOURDES, 07SC 0008831, 12/19/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
LVNV FUNDING LLC
BLITT & GAINES

13. ANAYA; ARNULFO, 06M1 0120982, 5/1/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
LVNV FUNDING LLC
BLITT & GAINES

14. ANTHONY; LOUIS, 07M1 0124591, 5/3/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
... BANK N A      LVNV FUNDING
BLITT & GAINES

15. ARALLES;KOULA, 07SR 0000979, 11/30/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
LVNV FUNDING LLC
BLITT & GAINES

16. ARAMBULA; JOSE, 07M1 0151127, 11/20/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
LVNV FUNDING LLC
BLITT AND GAINES

17. ARNS;KATHY, 07SC 0001175, 3/7/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
LVNV FUNDING LLC
BLITT & GAINES, P.C.

18. ARRINGTON; EMMA R, 06M1 0120379, 3/20/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
LVNV FUNDING

430. WITHROW;BRIAN S, 07SC 0003226, 10/5/2007, JUDGMENT, MCHENRY COUNTY, ILLINOIS
CITIBANK      LVNV FUNDING LLC
BLITT & GAINES


431. WOELFEL;ALEXANRA, 07SC 0002434, 11/26/2007, JUDGMENT, KANKAKEE COUNTY, ILLINOIS
LVNV FUNDING LLC
BLITT & GAINES PC


432. WOODS-NORRIS; KAREN, 07M1 0100575, 2/20/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
LVNV FUNDING LLC
BLITT AND GAINES


433. WOODWARD; MARCUS A., 07AR 0000177, 4/24/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
LVNV FUNDING, L.L.C.
BLITT & GAINES


434. WYATT; MARY, 07M1 0195426, 11/13/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
LVNV FUNDING LLC      SEARS
BLITT & GAINES


435. YABALKOVA; YORDANKA N, 07M1 0107654, 7/24/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
LVNV FUNDING
BLITT & GAINES


436. YOUNG; CARRIE L, 07M1 0195063, 11/6/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
LVNV FUNDING LLC      CITIBANK
BLITT & GAINES


437. YOUNG; ROBERT, 07M1 0176862, 9/20/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
LVNV FUNDING LLC      SEARS
BLITT AND GAINES


438. ZARAGOZA; JESUS M, 07M1 0124634, 8/9/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
LVNV FUNDING
BLITT & GAINES

439. ZATAR; HANADEE, 07M1 0151142, 11/20/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
LVNV FUNDING LLC
BLITT & GAINES

440. ZELEZNAK; RANDY, 07M1 0124641, 5/3/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
SEARS        LVNV FUNDING
BLITT & GAINES

441. ZINN;RAQUEL K, 06SC 0000632, 6/13/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
LVNV FUNDING LLC
BLITT & GAINES LC

442. ZIVKOVICH; HILDEGARD, 07M1 0124456, 8/9/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
LVNV FUNDING LLC
BLITT ANG GAINES