# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SHIRLEY SYPNIEWSKI, on behalf of plaintiff and the class described herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 08 C 239 |
| vs. | ) ) ) | Judge Gettleman Magistrate Judge Schenkier |
| NCO FINANCIAL SYSTEMS, INC., and LVNV FUNDING LLC, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** (See attached service list.)

       **PLEASE TAKE NOTICE** that on January 31, 2008 at 9:15 a.m., we will appear before Honorable Judge Gettleman in Room 1703 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFFS' PRELIMINARY MOTION FOR CLASS CERTIFICATION.**

                                               s/ Daniel A. Edelman
                                               Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

        I, Daniel A. Edelman, hereby certify that on January 25, 2008, I caused to be filed with the Clerk of the Court via the CM/ECF system the foregoing document.  I further certify that I caused to be served true and accurate copies of the foregoing document via Certified Mail upon the following parties:

NCO FINANCIAL SYSTEMS, INC.
c/o CT Corporation System, Registered Agent
208 S. LaSalle Street
Suite 814
Chicago, IL 60604

LVNV FUNDING LLC
c/o CT Corporation System, Registered Agent
208 S. LaSalle Street
Suite 814
Chicago, IL 60604

                                                    s/ Daniel A. Edelman
                                                    Daniel A. Edelman