# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

SHIRLEY SYPNIEWSKI, )
)
        Plaintiff, )
v. )
) COURT FILE NO. 08 CV 00239
NCO FINANCIAL SYSTEMS, INC., and )
LVNV FUNDING, LLC, ) Judge Gettleman
)
        Defendant. ) Mag. Judge Schenkier
)
)
)

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**LVNV FUNDING, LLC**

| | |
|---|---|
| SIGNATURE s/Todd P. Stelter | |
| FIRM Hinshaw & Culbertson LLP | |
| STREET ADDRESS 222 N. LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6278521 | TELEPHONE NUMBER 312-704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒ NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

6279941v1 885419

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHIRLEY SYPNIEWSKI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) COURT FILE NO. 08 CV 00239 |
| NCO FINANCIAL SYSTEMS, INC., and LVNV FUNDING, LLC, | ) ) ) Judge Gettleman |
| Defendant. | ) ) Mag. Judge Schenkier |

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, I electronically filed an **APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Daniel Edelman**
dedelman@edcombs.com

                                    Respectfully submitted,
                                    LVNV FUNDING, LLC


                              By:    s/Todd P. Stelter
                                    One of its attorneys

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6279941v1 885419