UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHIRLEY SYPNIEWSKI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| NCO FINANCIAL SYSTEMS, INC., and LVNV FUNDING, LLC, | ) COURT FILE NO. 08 CV 00239 ) ) Judge Gettleman ) |
| Defendant. | ) Mag. Judge Schenkier ) ) ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the **13th** day of **February 2008** at **9:15 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Gettleman, or any judge sitting in his stead in Courtroom 1703 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Defendant LVNV FUNDING, LLC's Motion for Enlargement of Time**, a copy of which is hereby served upon you.

Respectfully submitted,
LVNV FUNDING, LLC

By: ___s/Todd P. Stelter___
One of his attorneys

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6279943v1 885419

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHIRLEY SYPNIEWSKI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) COURT FILE NO. 08 CV 00239 |
| NCO FINANCIAL SYSTEMS, INC., and LVNV FUNDING, LLC, | ) ) Judge Gettleman |
| Defendant. | ) ) Mag. Judge Schenkier |

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, I electronically filed **NOTICE OF MOTION FOR ENLARGEMENT OF TIME** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Daniel Edelman**
dedelman@edcombs.com

Respectfully submitted,
LVNV FUNDING, LLC

By: ___s/Todd P. Stelter___
One of his attorneys

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6279943v1 885419