# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                Case Number: 08 C 239
SHIRLEY SYPNIEWSKI

-vs-

NCO FINANCIAL SERVICES, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Defendant NCO Financial Services, Inc.

| Field | Value |
|---|---|
| NAME (Type or print) | David Israel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ David Israel |
| FIRM | Sessions, Fishman, Nathan & Israel, LLP |
| STREET ADDRESS | Lakeway Two, Suite 200, 3850 North Causeway Bolevard |
| CITY/STATE/ZIP | Metairie, LA 70002-7227 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 90785267 |
| TELEPHONE NUMBER | (504) 582-1500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |