# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                         Case Number: 08 C 239

SHIRLEY SYPNIEWSKI

-vs-

NCO FINANCIAL SYSTEMS, INC. and
LVNV FUNDING, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant NCO Financial Systems, Inc.

| |
|---|
| NAME (Type or print)<br>James K. Schultz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ James K. Schultz |
| FIRM<br>Sessions, Fishman, Nathan & Israel, LLP |
| STREET ADDRESS<br>1000 Skokie Boulevard, Suite 430 |
| CITY/STATE/ZIP<br>Wilmette, Illinois 60091 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6243838 | (847) 853-6100 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐