IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHIRLEY SYPNIEWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Gettleman |
| | ) | |
| -vs- | ) | Case No.: 08 C 0239 |
| | ) | |
| NCO FINANCIAL SYSTEMS, | ) | Magistrate Judge Schenkier |
| INC. and LVNV FUNDING LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To: Daniel A. Edelman
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street
18th Floor
Chicago, Illinois 60603

David M. Schultz
Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601

PLEASE TAKE NOTICE than at 9:15 a.m. on Thursday, May 8, 2008, we shall appear before the Honorable Judge Robert Gettleman in Room 1703 of the District Court for the Northern District of Illinois, Eastern Division located at 219 South Dearborn Street in Chicago, Illinois, and then and there present **Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(c)**, a copy of which was served upon you by operation of the Court's electronic filing system.

Respectfully Submitted,

By: /s/ *James K. Schultz*
James K. Schultz
Attorney for Defendants

James K. Schultz
Shannon M. Geier
SESSIONS, FISHMAN, NATHAN & ISRAEL OF ILLINOIS, LLC
1000 Skokie Boulevard, Suite 430
Wilmette, IL 60091
Telephone: (847) 853-6100
Facsimile: (847) 853-6105
E-Mail: jschultz@sessions-law.biz
sgeier@sessions-law.biz

**Of Counsel:**

David Israel
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
Lakeway Two, Suite 200
3850 North Causeway Boulevard
Metairie, LA 70002-7227
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
E-Mail: disrael@sessions-law.biz

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHIRLEY SYPNIEWSKI | ) | |
| | ) | |
| Plaintiff, | ) | Judge Gettleman |
| | ) | |
| -vs- | ) | Case No.: 08 C 0239 |
| | ) | |
| NCO FINANCIAL SYSTEMS, | ) | Magistrate Judge Schenkier |
| INC. and LVNV FUNDING LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2008, a copy of the foregoing **NOTICE OF MOTION** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street
18th Floor
Chicago, Illinois 60603
(866) 339-1156

David M. Schultz
Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601

/s/ James K. Schultz
Attorney for Defendants