## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SHIRLEY SYPNIEWSKI, on behalf of plaintiff and the class described herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 08 C 239<br>Judge Gettleman |
| vs. | ) ) ) | |
| NCO FINANCIAL SYSTEMS, INC., and LVNV FUNDING LLC, | ) ) ) | |
| Defendants. | ) | |

### APPENDIX A TO RESPONSE BY PLAINTIFF SHIRLEY SYPNIEWSKI IN OPPOSITION TO DEFENDANTS' RULE 12 MOTION
### [DKT. NO. 28, FILED JUNE 5, 2008]

# APPENDIX A

LVNV FUNDING LLC ASSIGNEE OF CITIBANK
        Plaintiff
vs.
JAMES R PRICE
        Defendant
5424181002024862

**AFFIDAVIT**

I, _Tracey Eccles_, being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant;

2. That Plaintiff is the purchaser or assignee of the Defendant's account from the original creditor, Citibank;

3. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

4. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $4,554.73.

5. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

_Tracey Eccles_
Agent

Subscribed and sworn to before me
this _10_ day of _Jan_, 2008

_____
NOTARY PUBLIC

Sondra Rosenfeld
NOTARY PUBLIC
Montgomery County
State of Maryland
My Commission Expires
June 1, 2010

06-30269-0
7400-17
0003243261



LVNV FUNDING LLC ASSIGNEE OF SEARS
                Plaintiff

vs.

ARTHUR REICHEL
                Defendant

8060523407761

**AFFIDAVIT**

I, _Tracey Eccles_, being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant;

2. That Plaintiff is the purchaser or assignee of the Defendant's account from the original creditor, Sears;

3. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

4. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $6,923.87.

5. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

                                              _Tracey Eccles_
                                              Agent

Subscribed and sworn to before me this 10 day of Jan , 2008

_____
NOTARY PUBLIC

Sondra Rosenfold
NOTARY PUBLIC
Montgomery County
State of Maryland
My Commission Expires
June 1, 2010

06-30267-0
7400-17
0003243294

LVNV FUNDING LLC ASSIGNEE OF GE CAPITAL
          Plaintiff

vs.

CHRISTINE NERO
          Defendant

CG88892484662362

## AFFIDAVIT

I, _Tracy Eccles_, being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant;

2. That Plaintiff is the purchaser or assignee of the Defendant's account from the original creditor, GE Capital;

3. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

4. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $587.42.

5. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me this _10_ day of _Jan_, 200_8_

_____
NOTARY PUBLIC

Sondra Rosenfeld
NOTARY PUBLIC
Montgomery County
State of Maryland
My Commission Expires
June 1, 2010

06-30268-0
7400-17
0003243200

LVNV FUNDING LLC ASSIGNEE OF SEARS
        Plaintiff

vs.

ROSA RODRIGUEZ
        Defendant

0171314782755

## AFFIDAVIT

I, _Tracy Eccles_, being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant;

2. That Plaintiff is the purchaser or assignee of the Defendant's account from the original creditor, Sears;

3. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

4. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $7,725.55.

5. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

_Tracy Eccles_
Agent

Subscribed and sworn to before me this _10_ day of _Jan_, 200_8_

_____
NOTARY PUBLIC

Sondra Rosenfeld
NOTARY PUBLIC
Montgomery County
State of Maryland
My Commission Expires
June 1, 2010

06-30270-0
7400-17
0003243278

LVNV FUNDING LLC ASSIGNEE OF SEARS
                Plaintiff
vs.
DIANNAL MILLER
                Defendant
1150073535892

### AFFIDAVIT

I, _Tracey Eeples_ , being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant;

2. That Plaintiff is the purchaser or assignee of the Defendant's account from the original creditor, Sears;

3. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

4. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $3,070.53.

5. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me
this _10_ day of _Jan_ , 200_8_

_____
NOTARY PUBLIC

Sondra Rosenfeld
NOTARY PUBLIC
Montgomery County
State of Maryland
My Commission Expires
June 1, 2010

06-30265-0
7400-17
0003243142

**CERTIFICATE OF SERVICE**

        I, Daniel A. Edelman, hereby certify that on June 20, 2008, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to the following:

James K. Schultz
Sessions, Fishman, Nathan & Israel, LLP
1000 Skokie Blvd.
Suite 430
Wilmette, IL  60091

David M. Schultz
Todd P. Stelter
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, IL  60601

David Israel
Sessions, Fishman & Nathan LLP
3850 North Causeway Boulevard
Lakeway Two, Suite 1240
Metarie, LA  70002

                                                s/ Daniel A. Edelman
                                                Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)